IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frank Palestro, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:16-707-MGL |
| ) | |
| Carolyn W. Colvin, Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

On March 4, 2016, Plaintiff, through counsel, filed this action pursuant to 42 U.S.C. § 405(g) requesting review of the Commissioner of Social Security's decision denying his application for disability benefits. (ECF No. 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report"), (ECF No. 6), filed by Magistrate Judge Shiva V. Hodges to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's Motion to Proceed without Prepayment of Fees or Costs, (ECF No. 3), be denied. Objections to the Report were due by March 24, 2016. Plaintiff has filed no objections to the Report.

The Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, the Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (ECF No. 6), is **ACCEPTED** and incorporated by reference into this Order. Plaintiff's Motion to Proceed without Prepayment of Fees or Costs, (ECF No. 3), is **DENIED**. Plaintiff shall have fourteen (14) days from the date of this Order to submit the required filing fee.

**IT IS SO ORDERED**.

March 25, 2016                                              __s/Mary G. Lewis_____
Columbia, South Carolina                       United States District Judge